# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEZARY GWIAZDOWSKI, ) <br> ) <br> Plaintiff/Petitioner ) <br> ) <br> v. ) <br> ) <br> ANETTA GWIAZDOWSKA, ) <br> ) <br> Defendant/Respondent ) <br> ) | Case No. 1:14-cv-01482-FB-RER |

## NOTICE OF APPEAL

Notice is hereby given that CEZARY GWIAZDOWSKI, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 2ND Circuit from the Memorandum and Order of honorable Judge Frederic Block entered in this action on April 3, 2015.

Date: 05/01/2015

_____
Andrzej Gasak
Attorney for Plaintiff/Petitioner
40 Brookdale Rd.,
Bloomfield NJ 07003
Email: agasak10@yahoo.com
Tel. (862) 202-5628